IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| JOHN FLETCHER; ELENA WEBER; JERRY WEBER; THOMAS ALFONSO; ANNE ALFONSO; and ROBERT ESHER | PLAINTIFFS |
| V. | CAUSE NO. 1:13CV223-LG-JCG |
| DIAMONDHEAD COUNTRY CLUB AND PROPERTY OWNERS ASSOCIATION INC.; MARSHALL KYGER, *in his official capacity as President of the Diamondhead Country Club and Property Owners Association Inc.*; and BOARD OF DIRECTORS, *in their official capacities* | DEFENDANTS |

## JUDGMENT

This matter having come before the Court on the [107] Motion for Summary Judgment filed by Defendants Diamondhead Country Club and Property Owners Association Inc. ("DPOA") and Marshall Kyger in his official capacity as President of the DPOA, the Court, after a full review and consideration of the Motion, the submissions of the parties, and the relevant legal authority finds that in accordance with the Memorandum Opinion and Order [119] entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendants.  This action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 27th day of October, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE